**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**CORWYN BRUCE MOORE, JR.,** :
:
**Plaintiff,** :
:
**V.** : **NO. 5:26-cv-00222-CAR-ALS**
:
**WARDEN TIMOTHY SALES, *et al.*,** :
:
**Defendants.** :
:

**ORDER OF DISMISSAL**

Plaintiff Corwyn Bruce Moore, Jr., a prisoner in Macon State Prison in Oglethorpe, Georgia, filed a civil rights complaint and a motion for leave to proceed *in forma pauperis*. ECF Nos. 1 & 2. Plaintiff's motion to proceed *in forma pauperis* was not supported by an account certification form that had been completed and certified by the appropriate prison official. ECF No. 2-1 at 1. Therefore, Plaintiff was ordered to either pay the full filing fee for this case or submit a complete and proper motion to proceed *in forma pauperis* with a certified copy of his trust fund account statement for the six months prior to filing the complaint. ECF No. 4 at 1-2.

Plaintiff was given fourteen days to comply with that order and was cautioned that his failure to do so may result in the dismissal of this case. *Id.* at 2. More than fourteen days passed following entry of that order, during which Plaintiff did not pay the filing fee, file a new motion to proceed *in forma pauperis*, or otherwise respond to the Court's order.

Accordingly, Plaintiff was ordered to show cause to the Court why this case should not be dismissed for failure to comply with the Court's order to either pay the filing fee or move for leave to proceed *in forma pauperis*. ECF No. 5. Plaintiff was given fourteen days to respond and was cautioned that his failure to do so would likely result in the dismissal of this case. *Id.*

More than fourteen days have passed since the show cause order was entered, and Plaintiff has not responded to that order. Thus, because Plaintiff has failed to respond to the Court's orders or otherwise prosecute his case, this action is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 16th day of September, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT