IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CORWYN BRUCE MOORE, JR, *

Plaintiff, *

v. * Case No. 5:26-CV-00222-CAR-ALS

WARDEN TIMOTHY SALES, et al, *

Defendants. *

**J U D G M E N T**

Pursuant to this Court's Order dated September 16, 2026, and for the reasons stated therein, JUDGMENT is hereby entered, dismissing this case.

This 17th day of September, 2026.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk